UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. SARRA HANSON, et al., Plaintiffs, -v- INTSKIRVELI, et al., Defendants. | 26cv6967 (DLC) ORDER |

DENISE COTE, District Judge:

Defendants having filed a motion to dismiss the complaint on November 6, 2026, it is hereby

ORDERED that the initial pretrial conference scheduled for November 12 is adjourned sine die.

Dated: New York, New York
November 10, 2026

DENISE COTE
United States District Judge